IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY SWANSON,** | CIV S-06-2627 FCD EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, Warden,** | |
| Respondent. | |

Respondent has requested a twenty-day extension of time in which to file a reply to the opposition to the motion to dismiss filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 12, 2007, in which to file a reply to the opposition to the motion to dismiss.

DATED: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE