IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY SWANSON,

    Petitioner,　　　　　　　　　　No. CIV S-06-2627 FCD EFB P

    vs.

D.L. RUNNELS, Warden,

    Respondent.　　　　　　　　　　ORDER

                                   /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

    Accordingly, it hereby is ORDERED that petitioner's March 13, 2007 request for appointment of counsel is denied without prejudice.

Dated: April 9, 2007.

                                                  EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE