IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY SWANSON,** | CIV S-06-2627 FCD EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, Warden,** | |
| Respondent. | |

Respondent has requested a ten-day extension of time in which to file a reply to the Petitioner's opposition to the motion to dismiss.. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including April 23, 2007, in which to file a reply to the opposition to the motion to dismiss.

So ordered.

Dated: April 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE