IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY SWANSON,

        Petitioner,               No. CIV S-06-2627 FCD EFB P

    vs.

D.L. RUNNELS, Warden,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus as successive.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1        For the reasons set forth in the magistrate judge's August 17, 2007, findings and

2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3 right.  Accordingly, a certificate of appealability should not issue in this action.

4        IT IS SO ORDERED.

5 DATED: April 17, 2008.

6

7 _____

8        FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26